NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUMMIT 6, LLC,**
*Appellant*

**v.**

**GOOGLE LLC, SAMSUNG ELECTRONICS CO., LTD.,**
*Appellees*

------------------------------------------------

**SUMMIT 6, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2017-1184, 2017-1185

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00806, IPR2015-00807, IPR2016-00029.

---

**JUDGMENT**

---

PETER J. AYERS, Law Office of Peter J. Ayers, Austin, TX, for appellant.

JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, argued for appellees. Appellee Google LLC also represented by MICHAEL T. MORLOCK, Atlanta, GA.

AARON GABRIEL FOUNTAIN, DLA Piper US LLP, Austin, TX, for appellee Samsung Electronics Co., Ltd. Also represented by BRIAN K. ERICKSON; JAMES MARTIN HEINTZ, Reston, VA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 7, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |